IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3072 |
| v. | ) | |
| SHAWN A. BURSOVSKY, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by John F. Aman, defendant's appointed counsel, (filing no. 22), is granted. The clerk shall delete Mr. Aman from any future ECF notifications herein.

2) Defendant's newly retained counsel, Frank Miner, shall serve defendant with a copy of this order.

3) Defendant's change of plea hearing remains scheduled to be held before the undersigned magistrate judge on November 7, 2011 at 2:30 p.m.

DATED this 26th day of October, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge