IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3072 |
| | ) | |
| v. | ) | |
| | ) | |
| SHAWN A. BURSOVSKY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant appeared before me, with counsel, on allegations that he violated the terms of his pretrial release. The defendant's plea of guilty was accepted on January 5, 2012. The defendant left his treatment program at NOVA and Nebraska without the consent of Pretrial Services. A warrant was issued for his arrest.

The defendant was arrested in Montana on March 16, 2012. The defendant did not appear for his sentencing scheduled to be held on March 23, 2012. Accordingly,

IT IS ORDERED:

1) Based on the information before the court, the undersigned magistrate judge is unable to conclude that the defendant is not likely to flee and does not pose a danger to the safety of any other person or the community if released. See 18 U.S.C. § 3143.

2) The defendant shall be detained.

DATED this 13th day of April, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge